# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Antonio Martinelle Randolph,

    Plaintiff(s),

vs.

USA ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv148/3:03cr199/3:05cr89

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2011 Order.

Signed: June 1, 2011

Frank G. Johns, Clerk
United States District Court